

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sylvia Wright and All Occupants,
Appellants

No. 06-21-00048-CV      v.

HPA Texas Sub 2016 ML LLC, Appellee

Appeal from the County Court at Law No. 2 of Denton County, Texas (Tr. Ct. No. CV-2021-00853-JP). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

     As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

     We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED JULY 13, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk